297 S.W.3d 931 (2009)
In the Interest of: S.R.C. and H.N.C., Plaintiffs,
Missouri Department of Social Services, Children's Division, Respondent,
v.
M.C. (Natural Father), Appellant.
No. WD 70721.
Missouri Court of Appeals, Western District.
December 8, 2009.
Tara L. Blackburn, Trenton, MO, for appellant.
Shaun J. Mackelprang and Gary L. Gardner, Jefferson City, MO, for respondent.
Before LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and ALOK AHUJA, JJ.

ORDER
PER CURIAM:
M.C. appeals the circuit court's judgment terminating his parental rights to his children S.C. and H.C. We affirm. Rule 84.16(b).